UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. THOMPSON, BM1791. <br> Plaintiff, <br> v. <br> JEUNG, Deputy Sheriff, <br> Defendant(s). | Case No. 20-cv-04241-CRB  (PR) <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On June 8, 2021, the post office returned the court's mail to plaintiff as undeliverable because plaintiff is no longer in custody at Salinas Valley State Prison. ECF No. 21. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated:  August 10, 2021

_____
CHARLES R. BREYER
United States District Judge